**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JODY CRUZ, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-MC-00002-SDJ-AGD |
| | § | |
| PROGENESIS, INC. | § | |

**MEMORANDUM ADOPTING ORDER & REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 22, 2026, the Report of the Magistrate Judge, (Dkt. #12), was entered containing proposed findings of fact and recommendation that Defendant's Motion to Quash Subpoena Duces Tecum to Non-Party Fertility Specialists of Texas; or in the Alternative, Motion for Protective Order (Dkt. #1) be denied, and that Defendant's Brief Requesting to Strike Plaintiff's [sic] Notice of Supplemental Authority (Dkt. #10) be denied. The Report further recommended that any request for relief not addressed therein be denied as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Quash Subpoena Duces Tecum to Non-Party Fertility Specialists of Texas; or in the Alternative, Motion for Protective Order (Dkt. #1) is **DENIED**. It is further **ORDERED** that Defendant's

Brief Requesting to Strike Plaintiff's [sic] Notice of Supplemental Authority (Dkt. #10) is **DENIED**. It is finally **ORDERED** that any request for relief not previously granted is hereby **DENIED AS MOOT**.

The Clerk's Office is directed to **CLOSE** this matter.

**So ORDERED and SIGNED this 7th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE